# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVONTAY ERIC WILLIAMS,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 80464

**FILED**

FEB 21 2020

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the denial of parole board reinstate." Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from an order denying parole or denying reinstatement of parole in a criminal matter. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). To the extent that appellant's appeal is in regard to the judgment of conviction entered on August 15, 2014, the notice of appeal was untimely filed. NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 871 P.2d 944 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-07142

cc: Hon. Jerome M. Polaha, District Judge
Devontay Eric Williams
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk